Date signed January 31, 2011



_____
PAUL MANNES
U. S. BANKRUPTCY JUDGE

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF MARYLAND
### at Greenbelt

| In Re: | Case No.10-31122 |
|---|---|
| Leon Franklin Harris, Jr, | Chapter 7 |
| Debtor. | |

### MEMORANDUM TO DEBTOR

By Order entered October 13, 2010, Debtor was instructed to pay the filing fee in full by December 13, 2010. After the court issued a Notice of Non-Payment of Installments on December 23, 2010, Debtor remitted a payment of $219.00. Debtor, however, still owes the balance of the filing fee ($5.25). Accordingly, the court advises the Debtor that the above-captioned bankruptcy case will be dismissed unless if he pays the remainder of the filing fee by **February 11, 2011.**

cc:   Debtor
      Chapter 7 Trustee

End of Memorandum